Form a0grmsty

**United States Bankruptcy Court**
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202–4133**

---

In Re: Devon Ann Korb

    Debtor(s)

SSN/TAX ID:
    xxx–xx–3201

Case No.: 1:09–bk–15079

Chapter: 7

Judge: Jeffery P. Hopkins

---

**ORDER GRANTING MOTION FOR RELIEF**
**FROM THE AUTOMATIC STAY AND/OR CODEBTOR STAY**
**(Creditor)**

On October 27, 2009 creditor US Bank NA filed a motion seeking relief from the automatic stay imposed by 11 U.S.C. §362 and/or codebtor stay imposed by 11 U.S.C. §1201 or §1301.

The movant has filed a certification that complies with Local Bankruptcy Rule 9021–1(a)(1), including a statement that service and notice have been made pursuant to Local Bankruptcy Rules 4001–1(b) and (c) and 9013–3(a) and that no timely response has been filed.

Therefore, under the authority granted by Local Bankruptcy Rules 4001–1(d), 9013–1(e) and 9021–1(a), relief from the stay imposed by 11 U.S.C §362(a) and/or relief from the codebtor stay imposed by 11 U.S.C. §1201 or §1301 is granted.

**IT IS SO ORDERED.**

Dated: November 24, 2009

                          FOR THE COURT:
                          Kenneth Jordan
                          Clerk, U.S. Bankruptcy Court